**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

NAVIN N. PRASAD,

          Plaintiff,

vs.

BAC HOME LOAN SERVICING, LP, *et al.,*

          Defendants.

Case No. 2:10-cv-01857-RLH-PAL

**ORDER**

This matter is before the court on the parties' failure to file a Joint Status Report as required in Order (Dkt. #3) entered October 22, 2010, regarding removal of this case to federal district court. On November 1, 2010, Defendants filed a signed Statement (Dkt. #11) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a joint status report regarding removal as required. Accordingly,

**IT IS ORDERED** the parties shall file a Joint Status Report **no later than 4:00 p.m., December 15, 2010,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

Dated this 30th day of November, 2010.

                                                                   PEGGY A. LEEN
                                                                   UNITED STATES MAGISTRATE JUDGE